```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| JONATHAN TROTTA, et al,<br><br>        Plaintiff(s),<br><br>v.<br><br>ARMELLINI EXPRESS LINES, INC., et al,<br><br>        Defendant(s). | Civil Action No.: 18-1282(JLL)<br><br>**ORDER DISMISSING CASE**<br>**Pursuant to F.R. Civ. P.4(m)**<br>**as to Defendant, Orlando Delgado only** |

It appearing that the above captioned action having been pending for more than 90 days and counsel having failed to effect service during this time and the Court having noticed counsel for dismissal pursuant to F. R. of Civ. P. 4(m) and good cause having not been shown as to why this action should not be dismissed against defendant, Orlando Delgado,

**It is on this 22nd day of MAY, 2018,**

**O R D E R E D** that the above captioned action be and is hereby dismissed as to defendant, Orlando Delgado pursuant to F. R. Civ. P. 4(m), without prejudice and without costs.

_____
JOSE L. LINARES,
Chief, United States District Judge