# Dwyer Connell & Lisbona LLP
### COUNSELLORS AT LAW

| | | |
|---|---|---|
| RAYMOND C. CONNELL<br>(1934-1974)<br>EDMOND J. DWYER, JR.<br>(1962-2006)<br>RAYMOND R. CONNELL ♦<br>ALBERT C. LISBONA ♦<br>WILLIAM T. CONNELL ♦◊<br>DONALD T. OKNER ♦▫<br>DONALD S. DE DIO ♦<br>JAMES R. CONNELL<br>STEVEN J. BATTA •<br>BETH CONNELL O'CONNOR | 100 PASSAIC AVENUE – FAIRFIELD, NJ 07004<br>(973) 276-1800 – FAX (973) 276-1888<br>E-MAIL:  INFO@DCLLAW.COM<br>WEBSITE: WWW.DCLLAW.COM<br>MAILING ADDRESS:<br>P.O. BOX 629<br>WEST CALDWELL, NJ 07007-0629<br>I.D. 22-2106499 | LYNN A. LISBONA<br>LAUREN B. CONNELL<br><br>of counsel<br>DANIEL L. MARTIN •<br><br>◊ Member of NJ and DC Bars<br>▫ Member of NJ and CO Bars<br>• Member of NJ and NY Bars<br>♦ Certified by the Supreme Court of<br>New Jersey as a Civil Trial Attorney |

WRITER'S E-MAIL:  WCONNELL@DCLLAW.COM

November 14, 2018

The Honorable Jose L. Linares, Chief Judge
United States District Court
Martin Luther King Building and United States Courthouse
50 Walnut Street
Newark, New Jersey 07101

    RE: JONATHAN TROTTA AND MELISSA TROTTA v. ARMELLINI EXPRESS LINES INC., MABRAND CARRIER GROUP, INC., ORLANDO DELGADO et al.
          Civil Action Number:   18-1282 (JLL-JAD)
          Our File:  4-31000.043307

Dear Judge Linares:

    Enclosed please find Voluntary Stipulation of Dismissal, with prejudice, as to Defendant Armellini Express Lines Inc., only.  If same meets with Your Honor's approval, I respectfully request that you execute and file the document.

    Thank you for your kind attention to this matter. If Your Honor requires anything further, please do not hesitate to contact me.

                                    Respectfully submitted,

                                    WILLIAM T. CONNELL

WTC:njb
Enclosure
CC:    The Honorable Joseph A. Dickson, U.S.M.J.
        United States District Court
        Martin Luther King Building and United States Courthouse
        50 Walnut Street
        Newark, New Jersey 07101

```
The Honorable Jose L. Linares, Chief Judge                    Page Two
RE:  Trotta v. Armellini et al.                      November 14, 2018
```

Floyd Cottrell, Esq.
Jyoti M. Halsband, Esq.
Cottrell Solensky, P.A.
550 Broad Street
Newark, New Jersey 07102

Kimberly A. Hoehing, Esq.
Law Office of Adam M. Kotlar, LLC
1913 Greentree Road, Suite C
Cherry Hill, New Jersey 08003