William T. Connell, Esq. (005741977)
4-3100.043307
**DWYER, CONNELL AND LISBONA**
100 Passaic Avenue
Fairfield, New Jersey 07004
(973)276-1800
Attorneys for Defendant ARMELLINI EXPRESS LINES INC.

| | |
|---|---|
| Plaintiffs,<br>JONATHAN TROTTA AND<br>MELISSA TROTTA<br><br>VS.<br><br>Defendants,<br>ARMELLINI EXPRESS LINES<br>INC., MABRAND CARRIER<br>GROUP INC., ORLANDO<br>DELGADO, and JOHN DOES<br>1-X (fictitiously named<br>Defendants) | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil Action Number:<br>   18-1282 (JLL-JAD)<br><br>CIVIL ACTION<br><br>VOLUNTARY STIPULATION<br>OF DISMISSAL, WITH<br>PREJUDICE, AS TO<br>ARMELLINI EXPRESS LINES<br>INC., ONLY |

It is hereby stipulated and agreed that all claims asserted by Plaintiffs JONATHAN TROTTA AND MELISSA TROTTA against Defendant ARMELLINI EXPRESS LINES INC. are hereby voluntarily dismissed with prejudice, and without costs or counsel fees.

**Law Office of Adam M. Kotlar, LLC**
*Attorney for Plaintiffs Jonathan Trotta and Melissa Trotta*

By: _____
        Kimberly A. Hoehing, Esq.

Dated: __11/13/18__

**Dwyer, Connell and Lisbona**
*Attorney for Defendant Armellini Express Lines Inc.*

By: _____
        William T. Connell, Esq.

Dated:  November 7, 2018

SO ORDERED: _____

              CHIEF JUDGE JOSE L. LINARES, U.S.D.J.