William T. Connell, Esq. (005741977)
4-3100.043307
**DWYER, CONNELL AND LISBONA**
100 Passaic Avenue
Fairfield, New Jersey 07004
(973)276-1800
Attorneys for Defendant ARMELLINI EXPRESS LINES INC.

| | |
|---|---|
| Plaintiffs, : | UNITED STATES DISTRICT COURT |
| JONATHAN TROTTA AND : | DISTRICT OF NEW JERSEY |
| MELISSA TROTTA : | |
| : | Civil Action Number: |
| VS. : | 18-1282 (JLL-JAD) |
| : | |
| Defendants, : | CIVIL ACTION |
| ARMELLINI EXPRESS LINES : | |
| INC., MABRAND CARRIER : | VOLUNTARY STIPULATION |
| GROUP INC., ORLANDO : | OF DISMISSAL OF ALL CROSSCLAIMS, |
| DELGADO, and JOHN DOES : | WITH PREJUDICE, BETWEEN |
| 1-X (fictitiously named : | ARMELLINI EXPRESS LINES |
| Defendants) : | INC. AND MABRAND CARRIER |
| : | GROUP INC. |

It is stipulated and agreed that any and all crossclaims asserted by Defendant MABRAND CARRIER GROUP INC. against Defendant ARMELLINI EXPRESS LINES INC. are hereby voluntarily dismissed with prejudice, and without costs or counsel fees.

It is further stipulated and agreed that the crossclaims asserted by Defendant ARMELLINI EXPRESS LINES INC. against Defendant MABRAND CARRIER GROUP INC. are hereby voluntarily dismissed with prejudice, and without costs or counsel fees.

**Cottrell Solensky, P.A.**
*Attorney for Defendant Mabrand Carrier Group Inc.*

By: _[signature: Floyd G Cottrell]_
~~Jyoti M. Malsband, Esq.~~
Floyd G Cottrell

Dated: Nov. 7, 2018

Dwyer, Connell and Lisbona
*Attorney for Defendant Armellini Express Lines Inc.*

By: _____
William T. Connell, Esq.

Dated: November ~~3~~ 16, 2018

SO ORDERED: _____
CHIEF JUDGE JOSE L. LINARES, U.S.D.J.